IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHEREE SHIPMAN,

    Plaintiff,

v.    CASE NO. CV414-052

MARLO ENTERPRISES, INC. doing business as Collection Concepts, Inc.; and MARTIN REED;

    Defendants.

## O R D E R

On March 7, 2017, the Court denied Plaintiff's motion for default judgment because Plaintiff had not established that her debt was a consumer debt. (Doc. 26.) Since that time, there has been no activity in this case. Local Rule 41 states that upon "[a]ny . . . failure to prosecute a civil action with reasonable promptness" "the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice." S.D. Ga. L. R. 41.

Because this case has remained idle for nearly six months, Plaintiff is **DIRECTED** to demonstrate within **ten days** from the date of this order why no further action has been taken in this case. Failure to do so will result in dismissal without prejudice of this case.

SO ORDERED this 30th day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
8/30/2017
Deputy Clerk