# United States District Court
## *Southern District of Georgia*

Cheree Shipman

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-52

Marlo Enterprises, Inc, Martin Reed

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 7, 2018, Plaintiff's third Motion for Default Judgment is granted. As a result, Plaintiff is entitled to $1000.00 in statutory damages, $4,702.50 in attorneys' fees, and $526.40 in litigation costs. This action stands closed.



| May 8, 2018 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

*(By) Deputy Clerk*